```
                CLERK'S OFFICE U.S. DIST. COURT
                     AT ROANOKE, VA
                          FILED
                       MAR 2 8 2008
                  JOHN F. CORCORAN, CLERK
                  BY:
                         DEPUTY CLERK
```

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

FRANK DAVID DAVIS, )
a.k.a. CHRIS L. MARTIN, )
JEREMIAH SMITH, )
    Plaintiff, ) Civil Action No. 7:08-cv-00251
)
v. ) **FINAL ORDER**
)
LAWRENCEVILLE CORR. CENTER, )
et. al., ) By: Hon. James C. Turk
    Defendants. ) Senior United States District Judge

In accordance with the Memorandum Opinion entered this day, it is hereby

**ADJUDGED and ORDERED**

that plaintiff's application to proceed in this action without prepayment of the filing fee is **DENIED** and this action hereby is **DISMISSED** without prejudice, pursuant to 28 U.S.C. §1915A(g), and the action is stricken from the active docket of the court.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to plaintiff.

ENTER: This 28th day of March, 2008.

                  /s/ James C. Turk
                  Senior United States District Judge