CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
MAR 2 8 2008
JOHN F. CORCORAN, CLERK
BY: /s/
DEPUTY CLERK

| | |
|---|---|
| FRANK DAVID DAVIS, <br> a.k.a. CHRIS L. MARTIN, <br> JEREMIAH SMITH, <br> Plaintiff, <br><br> v. <br><br> LAWRENCEVILLE CORR. CENTER, et. al., <br> Defendants. | Civil Action No. 7:08-cv-00251 <br><br> **FINAL ORDER** <br><br> By: Hon. James C. Turk <br> Senior United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ADJUDGED and ORDERED**

that plaintiff's application to proceed in this action without prepayment of the filing fee is **DENIED** and this action hereby is **DISMISSED** without prejudice, pursuant to 28 U.S.C. §1915A(g), and the action is stricken from the active docket of the court.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to plaintiff.

ENTER: This 28th day of March, 2008.

/s/ James C. Turk
Senior United States District Judge